IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AARON VOLTZ,                      )
                                  )
                Plaintiff,        )
                                  )
        v.                        )          1:22CV656
                                  )
LISA S. WEILER, et al.,           )
                                  )
                Defendant.        )

## JUDGMENT

On March 22, 2023 , the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, and that the request for a default judgment is DENIED.


                                    /s/   Thomas D. Schroeder
                                 United States District Judge

April 18, 2023